FILED

09/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0321

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 23-0321

IN RE THE ADOPTION OF:

E.E.P.,

    A Minor Child.

**ORDER**

Upon consideration of Mother and Appellant's Motion For Extension Of Time (First), and with good cause shown, Mother and Appellant H.A.H. is hereby granted an extension of time until October 20, 2023 in which to prepare, file and serve Mother and Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 11 2023